**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Passion Spas, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Passion Spas, USA, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-2424878** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6090 Blue Star Highway**<br>**Saugatuck, MI 49453**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegan**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://passionspas.com/** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Passion Spas, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Passion Spas, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Passion Spas, LLC**
_____
Name

Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  5, 2025**
_____
MM / DD / YYYY

**X** **/s/ Jeffery Dean Mouw**
_____
Signature of authorized representative of debtor

**Jeffery Dean Mouw**
_____
Printed name

Title   **Member**
_____

---

**18. Signature of attorney**

**X** **/s/ Martin L. Rogalski**
_____
Signature of attorney for debtor

Date   **August  5, 2025**
_____
MM / DD / YYYY

**Martin L. Rogalski P-30548 - MICHIGAN**
_____
Printed name

**MARTIN L. ROGALSKI, P.C.**
_____
Firm name

**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
_____
Number, Street, City, State & ZIP Code

Contact phone   **(616) 457-4410**       Email address   **court@mrogalski.com**

**P-30548 - MICHIGAN MI**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Passion Spas, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  5, 2025**          X **/s/ Jeffery Dean Mouw**
                                          Signature of individual signing on behalf of debtor

                                          **Jeffery Dean Mouw**
                                          Printed name

                                          **Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Passion Spas, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................   $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................   $ _____ 3,718.63

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*............................................................................   $ _____ 3,718.63

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____ 1,622,677.79

4.   Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b   $ _____ 1,622,677.79

| Fill in this information to identify the case: |
|---|
| Debtor name **Passion Spas, LLC** |
| United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **PNC Bank** | **Checking** | **2828** | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

|  |
|---|
| $0.00 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | |
|---|---|---|---|---|
| 11b. Over 90 days old: | **191.00** | - | **0.00** =.... | $191.00 |

Debtor **Passion Spas, LLC**        Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | **818.14** <br> face amount | -    **0.00** =.... <br> doubtful or uncollectible accounts | **$818.14** |
| 11b. Over 90 days old: | **1,620.01** <br> face amount | -    **0.00** =.... <br> doubtful or uncollectible accounts | **$1,620.01** |
| 11b. Over 90 days old: | **109.93** <br> face amount | -    **0.00** =.... <br> doubtful or uncollectible accounts | **$109.93** |
| 11b. Over 90 days old: | **84.43** <br> face amount | -    **0.00** =.... <br> doubtful or uncollectible accounts | **$84.43** |
| 11b. Over 90 days old: | **45.12** <br> face amount | -    **0.00** =.... <br> doubtful or uncollectible accounts | **$45.12** |

**12.**    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.     **$2,868.63**

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** <br> **Assorted Parts** | | **$500.00** | Recent cost | **$500.00** |

**23.**    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.     **$500.00**

**24.**    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

Debtor    **Passion Spas, LLC**                                    Case number *(If known)* _____
                Name

■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>Computer, Copier, Printer | $0.00 | Recent cost | $350.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          | $350.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ■ No.  Go to Part 9.
       ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

Debtor **Passion Spas, LLC**                                        Case number *(If known)* _____
Name

---

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    Patents, copyrights, trademarks, and trade secrets | | | |
| 61.    Internet domain names and websites | | | |
| 62.    Licenses, franchises, and royalties | | | |
| 63.    Customer lists, mailing lists, or other compilations<br>List of Known Dealers | $0.00 | | $0.00 |

| 64. | Other intangibles, or intellectual property | | | |
|---|---|---|---|---|
| 65. | Goodwill | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor **Passion Spas, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,868.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,718.63 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,718.63 |

8/05/25 11:08AM

**Fill in this information to identify the case:**

Debtor name    **Passion Spas, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

8/05/25 11:08AM

**Fill in this information to identify the case:**

Debtor name **Passion Spas, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**4Voice, LLC**<br>**1095 Broken Sound Parkway NW**<br>**Suite 201**<br>**Boca Raton, FL 33487**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **2023** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Phone Bill Not Paid**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$137.23** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Accident Fund**<br>**200 N Grand Ave**<br>**ATTN: Bankruptcy**<br>**Lansing, MI 48933**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **3428** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Worker Comp**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$348.50** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Acuity Insurance**<br>**2800 S Taylor Drive**<br>**PO Box 718**<br>**Sheboygan, WI 53082**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0953** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Insurance**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,797.60** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Al's Pools**<br>**220 Sable Street**<br>**Alpena, MI 49707**<br>Date(s) debt was incurred  **2/11/25**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Recharge Spa paid for in full but not delivered**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,594.00** |

Debtor    **Passion Spas, LLC**                                      Case number (if known) _____
_____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $762.00 |

**Applied Computer Controls**
**701 W Foothill Blvd**
**Azusa, CA 91702-2348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Control Pack__

Last 4 digits of account number __6094__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,617.40 |

**Balboa Water Group**
**3030 Airway Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Control Boards__

Last 4 digits of account number __5546__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,354.64 |

**Canimex**
**285  RUE St-Georges**
**Drummondville**
**Quebec, Canada J2C 4H3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Covana Cover__

Last 4 digits of account number __2179__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,053.84 |

**CDR Disposal**
**4584 Division Street**
**Suite C**
**Wayland, MI 49348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Multiple Invoices for Trash Pick up__

Last 4 digits of account number __2985__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.90 |

**Culligan of Allegan**
**314 Western Ave**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Water Cooler Fee__

Last 4 digits of account number __3807__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,394.00 |

**Designscapes of Long Island**
**Attn: Doug & Dan Steigerwald**
**355-B South Country Rd**
**Patchogue, NY 11772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __4/2/25__

**Basis for the claim:** __Joy Spa paid for in full__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,276.58 |

**Dream Pools and Spas**
**901 Bleich Road**
**Paducah, KY 42003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Credit owed by Debtor related to warranty or returned items.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Passion Spas, LLC**                                    Case number (if known) _____
_____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,202.70** |
|---|---|---|---|

**Duva Contracting**
**30 Hardscabble Heights**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

Basis for the claim: __Deposit for purchase of Refresh Spa__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.48** |

**Frontier Internet**
**PO Box 211579**
**Saint Paul, MN 55121-2879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Internet Bill__

**Last 4 digits of account number** _1175_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,815.74** |

**Go Bridges, LLC**
**6262 138th Ave**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

Basis for the claim: __Rent__

**Last 4 digits of account number** _Landlord_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |

**Hot Tub Brokers**
**210 W. Third Street**
**Mc Cook, NE 69001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Credit owed by Debtor related to warranty or returned items.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$356.75** |

**Hot Tubs Hamilton, Inc.**
**ATTN: Matthew Shephard**
**1171 Upper James Street Unit A**
**Hamilton, Ontario L9C 3B2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Credit owed by Debtor related to warranty or returned items.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,708.86** |

**Jazzi Pool & Spa Prod. Co. LTD**
**#551 Guang Yuan Expressway**
**GZL Building**
**Guangzhou, China**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Liability owed to manufactuting plant in China__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |

**Jeffrey Mouw**
**1400 W 32nd St**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _4/5/24_

Basis for the claim: __Loan by member to company.__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Passion Spas, LLC**                                    Case number (if known) _____
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**3.19**

Nonpriority creditor's name and mailing address

**Juarez Excavating**
**1617 S. Ankeny Blvd**
**Ankeny, IA 50023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit owed by Debtor related to warranty or returned items.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

Nonpriority creditor's name and mailing address

**Kings Pool & Spa, LLC**
**2020 Beaver Ave**
**Monaca, PA 15061**

Date(s) debt was incurred  **2/10/25**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$14,991.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rewind, Pleasure, and Excite Spas paid for in full but not delivered.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

Nonpriority creditor's name and mailing address

**PNC Bank**
**PO Box 609**
**Pittsburgh, PA 15230-9738**

Date(s) debt was incurred _

Last 4 digits of account number  **2828**

As of the petition filing date, the claim is: Check all that apply.                    **$371.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Negative Balance on Business Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**

Nonpriority creditor's name and mailing address

**Reinder "Dolf" Nieland**
**Meervelderweg 52**
**3888 NK Uddel**
**The Netherlands**

Date(s) debt was incurred  **Prior to 2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$653,623.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan by member to company**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.23**

Nonpriority creditor's name and mailing address

**Reinder "Dolf" Nieland**
**Meervelderweg 52**
**3888 NK Uddel**
**The Netherlands**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$14,020.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan by member to company**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.24**

Nonpriority creditor's name and mailing address

**Revolution Payment Systems**
**Attn: Michael Pempin**
**1000 Continental Drive**
**Suite 300**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$187.93**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Return Credit Charge Fee**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

Nonpriority creditor's name and mailing address

**Rick Wakefield**
**1984 Benston St**
**Whitehall, MI 49461**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$6,094.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Desire Spa paid for in full but not delivered**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Passion Spas, LLC**
_____
Name

Case number (if known) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.78 |

**SEMCO ENERGY**
**PO BOX 5004**
**Port Huron, MI 48061**

Date(s) debt was incurred  _

Last 4 digits of account number  **6501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utility Bill__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,871.80 |

**Swim Spa Solutions**
**15620 Ruston Circle**
**Port Charlotte, FL 33981**

Date(s) debt was incurred  **2024-2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Arising from sale of Creditor's Spa's__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79.46 |

**The Place**
**2377 Medina Road**
**Medina, OH 44256**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit owed by Debtor related to warranty or returned items.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.57 |

**The Spa Wholesaler**
**1801 5th Ave**
**Watervliet, NY 12189**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit owed by Debtor related to warranty or returned items.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,941.17 |

**Total Quality Logistics**
**4289 Ivy Pointe Blvd**
**Cincinnati, OH 45245**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **1153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Freight and hauling fees__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.02 |

**Tropical Pools & Spas**
**1333 E. Red Hills Pkwy**
**Saint George, UT 84770**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Credit owed by Debtor related to warranty or returned items.__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $645.72 |

**United Parcel Service**
**55 Glenlake Parkway NE**
**Attn: Bankruptcy**
**Atlanta, GA 30328**

Date(s) debt was incurred  _

Last 4 digits of account number  **1499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Passion Spas, LLC**
      Name                               Case number *(if known)*

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$689,129.80** |
|---|---|---|---|

**World Wide Logistics**
**800 Roosevelt Road**
**Suite E315**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2022-2023**

**Basis for the claim:**  **Freight and hauling fees**

Last 4 digits of account number  **PassPazzz**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,150.00** |
|---|---|---|---|

**World Wide Logistics**
**800 Roosevelt Road**
**Suite E 315**
**Glen Ellyn, IL 60137**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Freight and hauling fees**

Last 4 digits of account number  **PassPazzz**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management** **Attn Jon Lunn** **2121 Airline Drive** **Suite 520** **Metairie, LA 70001** | Line **3.7** ☐ Not listed. Explain ____ | **6411** |
| 4.2 | **Balboa Water Group** **1382 Bell Ave** **Tustin, CA 92780-6430** | Line **3.6** ☐ Not listed. Explain ____ | **5546** |
| 4.3 | **MGF US INC.** **13810 Hollister Drtive** **STE 130** **Houston, TX 77086** | Line **3.33** ☐ Not listed. Explain ____ | **PassPazzz** |
| 4.4 | **MGF US INC.** **13810 Hollister Drtive** **STE 130** **Houston, TX 77086** | Line **3.34** ☐ Not listed. Explain ____ | **PassPazzz** |
| 4.5 | **Total Quality Logistics** **PO Box 634558** **Cincinnati, OH 45263** | Line **3.30** ☐ Not listed. Explain ____ | **1153** |
| 4.6 | **Total Quality Logistics** **PO Box 799** **Milford, OH 45150** | Line **3.30** ☐ Not listed. Explain ____ | **1153** |
| 4.7 | **Vericore Collection** **10115 Kincey Ave** **Suite 100** **Huntersville, NC 28078** | Line **3.30** ☐ Not listed. Explain ____ | **4820** |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

Debtor   **Passion Spas, LLC**
Name

Case number (if known) _____

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,622,677.79 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 1,622,677.79 |

**Fill in this information to identify the case:**

Debtor name        **Passion Spas, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Passion Spas, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City          State          Zip Code | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Jeffery Dean Mouw** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Jeffery Dean Mouw** | X |
|---|---|
| **Jeffery Dean Mouw** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **August  5, 2025** | Date |

**Fill in this information to identify the case:**

Debtor name **Passion Spas, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$284,700.45** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | **$908,762.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | **$2,277,548.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Passion Spas, LLC**                                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **Passion Spas, LLC**                                      Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | MARTIN L. ROGALSKI, P.C.<br>1881 GEORGETOWN CENTER DR.<br>JENISON, MI 49428 | Retainer Agreement | 5/25/25 | $6,500.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Passion Spas, LLC**                                    Case number *(if known)*

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

8/05/25 11:08AM

Debtor    **Passion Spas, LLC**                                    Case number *(if known)*

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **4Voice, LLC**<br>**1095 Broken Sound Parkway NW**<br>**Suite 201**<br>**Boca Raton, FL 33487** | **Passion Spas**<br>**6090 Blue Star Highway**<br>**Saugatuck, MI 49453** | **Phones that have yet to be returned** | **Unknown** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Passion Spas, LLC**                                        Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Gregory Sobczak**<br>**464 Hayes Ave**<br>**Holland, MI 49424** | **2020-present** |
| 26a.2. **Jennifer Hertz**<br>**3648 62nd St**<br>**Saugatuck, MI 49453** | **2024-2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Gregory Sobczak**<br>**464 Hayes Ave**<br>**Holland, MI 49424** | |
| 26c.2. **Jennifer Hertz**<br>**3648 62nd St**<br>**Saugatuck, MI 49453** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Jeffrey Mouw | 2025 | A dollar value of the current inventory was not prepared. Debtor instead did a physical on hand inventory of assorted parts and spas. |

| Name and address of the person who has possession of inventory records |
|---|
| **Gregory Sobczak**<br>**464 Hayes Ave**<br>**Holland, MI 49424** |

Debtor    **Passion Spas, LLC**                                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Jennifer Hertz** | **2024** | A dollar value of the current inventory was not prepared. Debtor instead did a physical on hand inventory of assorted parts and spas. |

| Name and address of the person who has possession of inventory records |
|---|
| **Jennifer Hertz**<br>**3648 62nd St**<br>**Saugatuck, MI 49453** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Mouw** | **1400 W 32nd St**<br>**Holland, MI 49423** | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reinder "Dolf" Nieland** | **Meervelderweg 52**<br>**3888 NK Uddel**<br>**The Netherlands** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jeffrey Mouw**<br>**1400 W 32nd St**<br>**Holland, MI 49423** | **$11,606.04** | **Various** | **Wages & Draws** |
| | Relationship to debtor<br>**50% Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Passion Spas, LLC** _____     Case number *(if known)* _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **Passion Spas, LLC**                                    Case number *(if known)* _____

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  5, 2025**
                 _____

**/s/ Jeffery Dean Mouw**                              **Jeffery Dean Mouw**
_____        _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Member**
                                       _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Western District of Michigan

In re   **Passion Spas, LLC**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **August  5, 2025**

**/s/ Jeffery Dean Mouw**

**Jeffery Dean Mouw/Member**
Signer/Title

4VOICE, LLC
1095 BROKEN SOUND PARKWAY NW
SUITE 201
BOCA RATON FL 33487

CULLIGAN OF ALLEGAN
314 WESTERN AVE
ALLEGAN MI 49010

JUAREZ EXCAVATING
1617 S. ANKENY BLVD
ANKENY IA 50023

ACCIDENT FUND
200 N GRAND AVE
ATTN: BANKRUPTCY
LANSING MI 48933

DESIGNSCAPES OF LONG ISLAND
ATTN: DOUG & DAN STEIGERWALD
355-B SOUTH COUNTRY RD
PATCHOGUE NY 11772

KINGS POOL & SPA, LLC
2020 BEAVER AVE
MONACA PA 15061

ACUITY INSURANCE
2800 S TAYLOR DRIVE
PO BOX 718
SHEBOYGAN WI 53082

DREAM POOLS AND SPAS
901 BLEICH ROAD
PADUCAH KY 42003

MGF US INC.
13810 HOLLISTER DRTIVE
STE 130
HOUSTON TX 77086

AL'S POOLS
220 SABLE STREET
ALPENA MI 49707

DUVA CONTRACTING
30 HARDSCABBLE HEIGHTS
BREWSTER NY 10509

PNC BANK
PO BOX 609
PITTSBURGH PA 15230-9738

ALTUS RECEIVABLES MANAGEMENT
ATTN JON LUNN
2121 AIRLINE DRIVE
SUITE 520
METAIRIE LA 70001

FRONTIER INTERNET
PO BOX 211579
SAINT PAUL MN 55121-2879

REINDER "DOLF" NIELAND
MEERVELDERWEG 52
3888 NK UDDEL
THE NETHERLANDS

APPLIED COMPUTER CONTROLS
701 W FOOTHILL BLVD
AZUSA CA 91702-2348

GO BRIDGES, LLC
6262 138TH AVE
HOLLAND MI 49423

REVOLUTION PAYMENT SYSTEMS
ATTN: MICHAEL PEMPIN
1000 CONTINENTAL DRIVE
SUITE 300
KING OF PRUSSIA PA 19406

BALBOA WATER GROUP
3030 AIRWAY AVE
COSTA MESA CA 92626

HOT TUB BROKERS
210 W. THIRD STREET
MC COOK NE 69001

RICK WAKEFIELD
1984 BENSTON ST
WHITEHALL MI 49461

BALBOA WATER GROUP
1382 BELL AVE
TUSTIN CA 92780-6430

HOT TUBS HAMILTON, INC.
ATTN: MATTHEW SHEPHARD
1171 UPPER JAMES STREET UNIT A
HAMILTON, ONTARIO L9C 3B2

SEMCO ENERGY
PO BOX 5004
PORT HURON MI 48061

CANIMEX
285  RUE ST-GEORGES
DRUMMONDVILLE
QUEBEC, CANADA J2C 4H3

JAZZI POOL & SPA PROD. CO. LTD
#551 GUANG YUAN EXPRESSWAY
GZL BUILDING
GUANGZHOU, CHINA

SWIM SPA SOLUTIONS
15620 RUSTON CIRCLE
PORT CHARLOTTE FL 33981

CDR DISPOSAL
4584 DIVISION STREET
SUITE C
WAYLAND MI 49348

JEFFREY MOUW
1400 W 32ND ST
HOLLAND MI 49423

THE PLACE
2377 MEDINA ROAD
MEDINA OH 44256

THE SPA WHOLESALER
1801 5TH AVE
WATERVLIET NY 12189


TOTAL QUALITY LOGISTICS
4289 IVY POINTE BLVD
CINCINNATI OH 45245


TOTAL QUALITY LOGISTICS
PO BOX 634558
CINCINNATI OH 45263


TOTAL QUALITY LOGISTICS
PO BOX 799
MILFORD OH 45150


TROPICAL POOLS & SPAS
1333 E. RED HILLS PKWY
SAINT GEORGE UT 84770


UNITED PARCEL SERVICE
55 GLENLAKE PARKWAY NE
ATTN: BANKRUPTCY
ATLANTA GA 30328


VERICORE COLLECTION
10115 KINCEY AVE
SUITE 100
HUNTERSVILLE NC 28078


WORLD WIDE LOGISTICS
800 ROOSEVELT ROAD
SUITE E315
GLEN ELLYN IL 60137


WORLD WIDE LOGISTICS
800 ROOSEVELT ROAD
SUITE E 315
GLEN ELLYN IL 60137

# United States Bankruptcy Court
## Western District of Michigan

In re   **Passion Spas, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Passion Spas, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  5, 2025**

Date

**/s/ Martin L. Rogalski**

**Martin L. Rogalski P-30548 - MICHIGAN**

Signature of Attorney or Litigant

Counsel for   **Passion Spas, LLC**

**MARTIN L. ROGALSKI, P.C.**
**1881 GEORGETOWN CENTER DRIVE**
**JENISON, MI 49428**
**(616) 457-4410 Fax:(616) 457-6944**
**court@mrogalski.com**