UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

* * * * * * * * *

IN THE MATTER OF:             Case No. 25-02204-swd
                                           Chapter 7

PASSION SPAS, LLC             PROOF OF SERVICE

                Debtor.

_____/

The undersigned certifies that on August 21, 2025, a copy of the NOTICE OF CHAPTER 7 BANKRUPTCY CASE – NO PROOF OF CLAIM DEADLINE was served upon the following parties by depositing said copies in the U.S. Mail, postage prepaid:

Tropical Pools and Spas, 1295 E. Red Hills Pkwy, Saint George, UT 84770-8646.

/s/ Dylan S. Van Tubergen
Dylan S. Van Tubergen, Attorney
Martin L. Rogalski, P.C.
1881 Georgetown Center Drive
Jenison, MI  49428
616-457-4410